# UNDER SEAL

FILED
CHARLOTTE, NC

MAY 19 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 3:26-cr-100-MEO** |
| **v.** | **BILL OF INDICTMENT** |
| | **Violation:**<br>**18 U.S.C. 922(g)(1)** |
| **NAQUAN SMITH** | |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

On or about January 26, 2026, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### NAQUAN SMITH,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Master Piece Arms, Model M10, .45 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violation set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the Master Piece Arms, Model M10, .45 caliber pistol is subject to forfeiture on one or more of the grounds stated above.

A TRUE BILL



_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY